# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER S.C. FARLOUGH, | 1:07-cv-001052-AWI-SMS- (HC) |
| Petitioner, | |
| v. | **ORDER AUTHORIZING**<br>**IN FORMA PAUPERIS STATUS** |
| NICHOLAS DAWSON, WARDEN, AVENAL STATE PRISON, ETAL | |
| Respondent. / | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   August 16, 2007**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE