UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEXTER S.C. FARLOUGH, | ) | 1:07-cv-01052-AWI-SMS-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 5) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| NICHOLAS DAWSON, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
|     Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT AND TERMINATE** |
| | | **ACTION** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On August 17, 2007, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DISMISSED, and the Clerk of Court be directed to enter judgment and terminate the action.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed objections to the Findings and Recommendation.

//

1

<a>
</a>

1  In accordance with the provisions of 28 U.S.C. § 636
2  (b)(1)(C), this Court has conducted a *de novo* review of the case.
3  Having carefully reviewed the entire file, the Court concludes that
4  the Magistrate Judge's Findings and Recommendation are supported by
5  the record and proper analysis.
6      Accordingly, IT IS HEREBY ORDERED that:
7      1.   The Findings and Recommendation, filed August 17, 2007,
8           are ADOPTED IN FULL;
9      2.   The instant Petition for Writ of Habeas Corpus is
10          DISMISSED; and,
11     3.   The Clerk of Court enter judgment and terminate the
12          action.

14 IT IS SO ORDERED.
15 **Dated:   October 16, 2007**              **/s/ Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE